1028

No. 89–5902. WESTLAKE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5903. BODDIE v. AMERICAN BROADCASTING COS., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–5913. YOUNG v. ST. LOUIS UNIVERSITY ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 89–5920. MURRAY v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 89–5922. SHULTS v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 89–5923. GAMBRILL v. PRISONER REVIEW BOARD. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 89–5926. SUTTON v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 89–5927. HASSAN v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–5931. FRIEND v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–5933. TAYLOR v. FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–5936. SHAW v. WOODARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–5940. THOMAS v. COWLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–5944. SMITH v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 89–5946. JACKSON v. HOROWITZ. C. A. 3d Cir. Certiorari denied.